March 27, 2009

Mr. Charles C. Keeble Jr.
Haynes & Boone, LLP
2323 Victory Avenue, Ste. 700
Dallas, TX 75219

Mr. Wade Caven Crosnoe
Thompson Coe Cousins & Irons, L.L.P.
701 Brazos, Suite 1500
Austin, TX 78701
Mr. Joseph J. Borders
Walker Wilcox Matousek, LLP
225 West Washington Street, Suite 2400
Chicago, IL 60606

RE: Case Number: 06-0598
 Court of Appeals Number: 05-05-00442-CV
 Trial Court Number: 03-7398

Style: PRODIGY COMMUNICATIONS CORP.
 v.
 AGRICULTURAL EXCESS & SURPLUS INSURANCE COMPANY, N/K/A GREAT AMERICAN
 E & S INSURANCE COMPANY AND GREAT AMERICAN INSURANCE COMPANY

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Jim |
| |Hamlin |
| |Ms. Lisa Matz|